**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

Attorneys for Plaintiffs Michael Kim and Inna Oxenuk

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHAEL Y. KIM, on behalf of himself and
all others similarly situated,

                    Plaintiff,

                    v.

SEO KYU LEE, SANG SOO LEE, MOON
SUNG KIM, and PIXELPLUS CO., LTD,

                    Defendants.
-------------------------------------------------------X

No. 06-CV-2951 (TPG)

[PROPOSED] ORDER AWARDING THE
ROSEN LAW FIRM, P.A. ATTORNEYS'
FEES AND REIMBURSEMENT OF
EXPENSES

CLASS ACTION

## ORDER

WHEREAS, the Court has granted final approval to Settlement of the above-referenced class action;

WHEREAS, non-designated lead counsel, The Rosen Law Firm, P.A. ("Rosen Firm"), has moved the Court for an award of attorneys' fees in compensation for the services provided to Class and reimbursement of out of pocket expenses incurred in connection with the prosecution of this action, to be paid out of the Settlement fund established pursuant to the Settlement;

WHEREAS, the Rosen Firm's efforts in this litigation substantially benefited the Class; and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by counsel during the final approval hearing, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. The Rosen Firm is awarded $ 15,000 as attorneys' fees in this Action from the Settlement fund. The Rosen Firm's expenses shall be reimbursed out of the Settlement Fund in the amount of $ 1,309.47

2. Except as otherwise provided herein, the attorneys' fees, and reimbursement of expenses, shall be paid to the Rosen Firm in a manner consistent with the procedures set forth in the Stipulation of Settlement dated November 3, 2008, for the payment of such fees and expenses to Lead Counsel.

Dated March 19, 2009

SO ORDERED:

*/s/ Thomas P. Griesa*

HON. THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

2