UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

WEST END CAPITAL MANAGEMENT,
LLC Individually And On Behalf of All
Others Similarly Situated,

              Plaintiff,

- against -

SEO KYU LEE, MOON SUNG KIM,
DONGWOO CHUN, SANG SOO LEE,
CHOONG-KI KIM, HA JIN JHUN, TAEK
JIN NAM, OU SEB LEE, JEFFERIES &
COMPANY, INC., WR HAMBRECHT +
CO., LLC, AND PIXELPLUS COMPANY
LTD.,

              Defendants.

-------------------------------------------x

06 Civ. 2951 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/09

       By order dated March 19, 2009, the court approved the settlement presented by the parties in the above captioned case. Accordingly, the pending motions to dismiss dated August 24, 2007 are now denied as moot.

Dated: New York, New York
       March 20, 2009

SO ORDERED

Thomas P. Griesa
U.S.D.J.